UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10641-RGK (JEMx) | Date | January 12, 2012 |
|---|---|---|---|
| Title | IN RE UNITED STATES v. CALIFORNIA, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        **(IN CHAMBERS) Order to Show Cause Re Failure to State a Claim**


It appears to the Court that Plaintiff's "Notice of and Extraordinary Writes under 28 U.S.C. § 1333 and 1337, 28 U.S.C. § 1516" fails to state a claim upon which relief can be granted.

Plaintiff is hereby ordered to show cause **in writing of no more than five pages** why this case should not be dismissed for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Failure to show cause in writing by **January 23, 2012** may result in dismissal of the case.

**IT IS SO ORDERED.**

_____ : _____

| Initials of Preparer | slw |
|---|---|